STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**LAW OFFICE OF STEPHEN F. BIEGENZAHN**
611 W. 6th St., Suite 850
Los Angeles, California 90017-3101
Telephone: (213) 617-0017
Facsimile: (480) 247-5977
Email: Steve@SFBLaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**BH MALL, LLC**, a California limited liability company,<br><br>Debtor. | Case No.: 2:09-bk-42300-TD<br><br>Chapter 11<br>**DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND THE SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS**<br><br>Date:<br>Time:<br>Ctrm:1345 |

1.     BH Mall, LLC ("Debtor") is the debtor in possession in the above-captioned chapter 11 case ("Case"). On August 3, 2011, the Court issued a tentative ruling that an auction ("Auction") will take place in the courtroom on September 22, 2011 at 1:00 p.m. for the sale of the Debtor's sole asset —a shopping mall located in Bakersfield, California ("Property"). The Motion seeks an Order of the Court approving the terms and conditions of the Auction.

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY
ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS

1

2. The following outlines the proposed terms and conditions of the Auction:

- Minimum Bid shall be $4,100,000. This amount is an estimated sum of the outstanding property taxes, Weber International, Inc. trust deed, and 4% closing costs/commissions outlined below. Bidding shall increase in increments of $50,000. Purchase shall be made all cash with no contingencies.
- Prospective buyers shall present a deposit of $100,000 in the form of a cashier's check or wire transfer funds. If deemed to be the successful bidder, the prospective buyer shall deposit the $100,000 within 24 hours with the escrow company ("Escrow Company"), which shall be a title insurance company duly licensed by the California Department of Insurance (such as First American Title Insurance Company).Deposit shall be immediately deemed non-refundable to the successful bidder and shall be fully applicable to the purchase price. Successful bidder shall deposit an additional $100,000 with the Escrow Company on or before October 20, 2011. This additional deposit shall be immediately deemed non-refundable to the successful bidder and shall be fully applicable to the purchase price.
- In addition to the required deposit, prospective buyers must bring written evidence proving they have the financial ability to close on the transaction. Prospective buyers will have previously registered with Broker (defined below) and provided verification of funds to Broker on or before September 16, 2011.
- Closing shall occur no later than November 4, 2011 for purposes of obtaining title insurance and facilitating the closing process.
- The Property shall be transferred on an "as is" and "with all faults" basis.

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY
ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS

- Property shall be sold free and clear of the claims of the holders of all liens on the Property, with the proviso that the liens will attach to the net proceeds of sale.

3. The employment of The Gild Property Group Inc. ("Broker") was previously approved on July 13, 2010 and Broker has continually been providing marketing and brokerage services ("Brokerage Services") for the Debtor over the past several months. Broker shall continue to provide Brokerage Services from now through the Auction and until the closing, which are detailed in a separate declaration concurrently filed herewith and summarized as follows:

- Advertising in print media (such as the Wall Street Journal and LA Times) and online through various commercial real estate websites.
- Various email campaigns to the commercial real estate industry.
- Contact and coordination with all buyers and brokers that have expressed an interest in the Property.
- Contact parties experienced in owning and/or operating similar type properties.
- Facilitate the distribution of due diligence materials and filed inquiries and questions from prospective buyers.
- Pre-qualify prospective buyers and obtain necessary registration and verification of funds documentation.
- Ensure proper execution of Auction terms.
- Facilitate the successful closing of the transaction after the Auction by coordinating with all parties involved.

In compensation of these services, Broker shall be paid a commission equal to four percent (4.0%) of the purchase price, which shall be paid to Broker from the sales proceeds in cash through escrow upon closing. Broker shall not be reimbursed for

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY
ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS

3

expenses that it incurs during the marketing process.  Broker shall not be paid any fees and/or commissions in the event a sale of the Property is not consummated.

4. Prospective buyers will register with Broker in advance of the Auction and submit a written, definitive bid on the day of the Auction.  Included with the bid, prospective buyers shall also submit:

- Verification of the $100,000 deposit in the form of a cashier's check or wire transfer funds.
- Written evidence proving buyer has the financial ability to close on the transaction.

The successful bidder shall enter into a purchase and sale agreement ("Purchase Agreement") following the Auction.  Terms of the Purchase Agreement include the following provisions: a) there are no contingencies to the sale, including no financing contingency; b) there no break-up fees and/or expense reimbursements; and c) Property is to be purchased in an "as is" and "with all faults" condition.

5. On the date of the Auction, the bids shall be submitted to the Court with prospective buyers, or their representatives, present in the Courtroom.  The Auction shall then proceed pursuant to the terms and conditions outlined here, subject to override by the Court at the time of the Auction, which shall be conducted by the Court.

WHEREFORE, Debtor prays that the Court issue an Order memorializing the auction terms set forth above, and granting such other and further relief as it shall deem just and proper.

Dated:  August 16, 2011            LAW OFFICES OF STEPHEN F. BIEGENZAHN

By:    /s/ *Steve Biegenzahn*
Stephen F. Biegenzahn

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY
ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS

4

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document, described as **DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 12, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Louis J Esbin    Esbinlaw@sbcglobal.net
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
- Helen R Frazer    hfrazer@aalrr.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Daniel H Reiss    dhr@lnbyb.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Jeffrey G Thomas    ThomasLawCompany@roadrunner.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 16, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Thomas B. Donvan
United States Bankruptcy Court, Room 1352
255 East Temple Street
Los Angeles, CA90012 ☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 16, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

LAW OFFICES OF STEPHEN F. BIEGENZAHN
4300 Via Marisol, Suite 764, Los Angeles, CA90042-5079
Telephone: (213) 617-0017    Facsimile: (480) 247-5977

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY
ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS

- Michael Jay Berger    michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
- Louis J Esbin    Esbinlaw@sbcglobal.net
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
- Helen R Frazer    hfrazer@aalrr.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Daniel H Reiss    dhr@lnbyb.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- Jeffrey G Thomas    ThomasLawCompany@roadrunner.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 16, 2011 | Stephen F. Biegenzahn | /s/ Steve Biegenzahn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**LAW OFFICES OF STEPHEN F. BIEGENZAHN**
4300 Via Marisol, Suite 764, Los Angeles, CA 90042-5079
Telephone: (213) 617-0017    Facsimile: (480) 247-5977

DEBTOR'S MOTION FOR APPROVAL OF AUCTION TERMS AND SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS